UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INNA KHODORKOVSKAYA,

*Plaintiff*,

v.

JACQUELYN G. GAY, *et al.*,

*Defendants.*

No. 19-cv-0809 (DLF)

### ORDER

Consistent with the Court's bench ruling at the hearing held on January 22, 2020, it is

**ORDERED** that Gay's Motion to Dismiss, Dkt. 9, is **GRANTED**; and it is further

**ORDERED** that Lin's Motion to Dismiss, Dkt. 14, is **GRANTED**.

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

January 22, 2020